## RECONSIDERATION OF PRIOR DECISIONS

**2004–1219 and 2004–1220.   Shirley v. Republic–Franklin Ins. Co.**
Stark App. No. 2003CA00361. Reported at 104 Ohio St.3d 638, 2005-Ohio-182, 821 N.E.2d 188. On motion for reconsideration. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**2004–1680.   Preferred Capital, Inc. v. Sturgill.**
Summit App. No. 21787, 2004-Ohio-4453. Reported at 104 Ohio St.3d 1461, 2005-Ohio-204, 821 N.E.2d 577. On motion for reconsideration. Motion denied.

**2004–1721.   State v. Nicholson.**
Stark App. No. 2004CA00027, 2004-Ohio-4850. Reported at 105 Ohio St.3d 1405, 2005-Ohio-279, 821 N.E.2d 1026. On motion for reconsideration. Motion denied.

**2004–1725.   Lautenschleger v. Monarch Mgt., Inc.**
Tuscarawas App. No. 2003AP120090, 2004-Ohio-4670. Reported at 104 Ohio St.3d 1462, 2005-Ohio-204, 821 N.E.2d 578. On motion for reconsideration. Motion denied.

MOYER, C.J., and O'DONNELL, J., dissent.

**2004–1735.   Sharonville v. Am. Employers Ins. Co.**
Hamilton App. No. C–030905, 158 Ohio App.3d 576, 2004-Ohio-4664. Reported at 105 Ohio St.3d 1406, 2005-Ohio-279, 821 N.E.2d 1026. On motions for reconsideration. Motions granted.

RESNICK, PFEIFER and O'CONNOR, JJ., dissent.

**2004–1789.   State v. Banks.**
Cuyahoga App. Nos. 83782 and 83783, 2004-Ohio-4478. Reported at 105 Ohio St.3d 1407, 2005-Ohio-279, 821 N.E.2d 1027. On motion for reconsideration. Motion denied.

**2004–1800.   Hahn v. Jennings.**
Franklin App. No. 04AP–24, 2004-Ohio-4789. Reported at 105 Ohio St.3d 1407, 2005-Ohio-279, 821 N.E.2d 1027. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., not participating.

**2004–1832.   State ex rel. Bandlow v. LeBarron.**
In Mandamus. Reported at 104 Ohio St.3d 1457, 2005-Ohio-204, 821 N.E.2d 575. On motion for reconsideration. Motion denied.

**2004–1865.   Brannon v. Warren.**
Trumbull App. No. 2003–T–0077, 2004-Ohio-5105. Reported at 105 Ohio St.3d 1407, 2005-Ohio-279, 821 N.E.2d 1028. On motion for reconsideration. Motion denied.

**2004–1891.   State v. Prines.**
Cuyahoga App. No. 85196. Reported at 105 Ohio St.3d 1408, 2005-Ohio-279, 821 N.E.2d 1028. On motion for reconsideration. Motion denied.